UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAUMAR CHANDLER,<br><br>  Plaintiff,<br><br>v.<br><br>CITY OF SYRACUSE, SYRACUSE POLICE DEPARTMENT, POLICE OFFICER AUSTIN BUSH, POLICE OFFICER DANIEL SOUTHARD, POLICE OFFICER POE SAN, POLICE OFFICER ALEXANDER SAURO, POLICE OFFICER MAKENZIE GLYNN, POLICE OFFICER KYLE ALBOLINO, POLICE OFFICER TYLER PONTICELLO, POLICE OFFICER CONNOR TIFFIN, POLICE OFFICER JOHN SILVAGGIO, POLICE OFFICER MICHAEL DASILVA, and SERGEANT MARK VELLA,<br><br>  Defendants. | **STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**<br>Civil Action No. 5:25-cv-00989 (FJS/MJK) |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties, through their undersigned counsel, that no party hereto is an infant or incompetent and that the entire above-captioned action and all associated claims brought by Plaintiff Jaumar Chandler shall be and are voluntarily dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and Local Rule 41.3. The parties agree to bear their own fees and costs.

SUSAN R. KATZOFF, ESQ.
CORPORATION COUNSEL, CITY OF SYRACUSE

By: /s/Todd M. Long
  Todd M. Long, Esq.
  Senior Corporation Counsel
  *Counsel for Defendants*
  233 East Washington Street
  300 City Hall
  Syracuse, NY 13202
  Tel.: 315-448-8400
  Email: tlong@syr.gov

Dated: December 2, 2025

MORGAN & MORGAN NY PLLC

By: /s/ Moses Ahn
  Moses M. Ahn, I, Esq.
  *Counsel for Plaintiff Jaumar Chandler*
  199 Water Street, Suite 1500
  New York, NY 10038
  Tel.: 201-209-3425
  Email: mahn@forthepeople.com

Dated: December 18, 2025

**IT IS SO ORDERED.**
Dated  December 29 , 2025

/s/ Frederick J. Scullin, Jr.
Frederick J. Scullin, Jr.
Senior United States District Judge